# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

CORRECTED JUDGMENT RENDERED DECEMBER 21, 2012

## NO. 03-08-00704-CR

### Ex parte Dustin Doan, Appellant

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND HENSON
AFFIRMED ON REMAND -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of the trial court is in all things affirmed; that the appellant pay all costs relating to this appeal; and that this decision be certified below for observance.